

United States District Court
Southern District of Texas
**Entered**
*25th*
AUG 20 1998
Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| IRINEO HUERTA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-100 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

Petitioner, Irineo Huerta, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by October 9, 1998.

DONE at Brownsville, Texas, this 17th day of August 1998.

John Wm. Black
United States Magistrate Judge