6

United States District Court
Southern District of Texas
ENTERED

OCT 0 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CAB-98-100 |
| Plaintiff-Respondent, | § | |
| | § | |
| v. | § | CR. NO. B-86-109 |
| | § | |
| IRINEO HUERTA-HERNANDES | § | |
| AKA JOSE HERNANDEZ- | § | |
| RAMIREZ, | § | |
| Defendant-Petitioner. | § | |
| (C.A. NO. B-98-100) | | |

## ORDER

Pending before this court is the United States Motion for Extension of Time to File its Answer to Petitioner's Motion for Relief under 28 U.S.C. Section 2255 and/or 28 U.S.C. Section 1635. Having considered the motion and the reasons set out in support of it, this court is of the view that it should be granted. The United States has until November 23, 1998 to file its answer.

Signed at Brownsville, Texas this  6TH  day of OCT 1998.

_____
UNITED STATES MAGISTRATE JUDGE